William D. Hyslop
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2020

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN JOY YALLUP, <br><br> Defendant. | 1:20-CR-2005-SMJ <br><br> INDICTMENT <br><br> 18 U.S.C. §§ 113(a)(3), 1153 <br> Assault with a Dangerous Weapon |

The Grand Jury charges:

On or about January 10, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, KATHLEEN JOY YALLUP, an Indian, did knowingly assault R.A.W. with a

//

//

INDICTMENT- 1

dangerous weapon, to wit: a knife, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

DATED this 11th day of February, 2020.

A TRUE BILL

_____
Foreperson

William D. Hyslop
United States Attorney

_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT- 2