# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br><br>KATHLEEN JOY YALLUP,<br><br>                    Defendant. | Case No.    1:20-CR-2005-SMJ-1<br>**CRIMINAL MINUTES**<br><br>DATE:         AUGUST 24, 2021<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |

| Hon. Salvador Mendoza, Jr. | | |
|---|---|---|
| Nicole Cruz | 01 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Benjamin Seal<br>Matthew Stone | | Paul Shelton<br>Craig Webster |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  Carrie Valencia | | |

[X] Open Court          [ ] Chambers          [ ] Teleconference

Defendant present, in custody of the US Marshal.

Argument and recommendation by Mr. Stone; argument and recommendation by Mr. Shelton.

Defendant addresses the Court on her own behalf.

The Court accepts Presentence Investigation Report as submitted.

**Imprisonment:**          70 months

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FCI Waseca, Minnesota.

**Supervised Release:**     3 years on standard and mandatory conditions, and the following special conditions:

1. You must not communicate, or otherwise interact, with Richard Wahsise, either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1000 feet of the victim's residence or place of employment.

2. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further

**[X]   ORDER FORTHCOMING**

| **CONVENED:** 9:58 A.M. | **ADJOURNED:** 10:40 A.M. | **TIME:** 0:42 HR. | **CALENDARED** [ ] |
|---|---|---|---|

order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. 6. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

6. You must reside in a residential reentry center (RRC) for a period up to 6 months at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You must abide by the rules and requirements of the facility.

**Fine:** Waived
**Special Assessment:** $100
**Restitution:** $1,291.50

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed.