PROB 12C
(6/16)

Report Date: October 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2025

SEAN F. McAVOY, CLERK

ECF No 225

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathleen Joy Yallup            Case Number: 0980 1:20CR02005-SAB-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3), 1153 | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(06/04/2025) | Prison - 23 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: June 10, 2025 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: May 9, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On June 18, 2025, Ms. Yallup met with a U.S. Probation officer and reviewed the conditions of supervised release outlined in her judgment. Ms. Yallup signed and acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by failing to enter into and successfully complete an outpatient substance use treatment program as recommended since on or about September 8, 2025. |

Prob12C
**Re: Yallup, Kathleen Joy**
**October 7, 2025**
**Page 2**

On September 8, 2025, this officer spoke with Ms. Yallup and instructed her to engage in substance use treatment services as recommended. On September 19, 2025, this officer met with Ms. Yallup and asked her if she had contacted her treatment provider. Ms. Yallup stated she had not made an effort to engage in treatment services. This officer encouraged her to contact her treatment provider.

On September 29, 2025, this officer met with Ms. Yallup and asked her if she had contacted her treatment provider. Ms. Yallup stated she had not contacted her treatment provider and was not undergoing any treatment services.

As of the date of this petition, Ms. Yallup has not provided any proof of undergoing her recommended substance use treatment services.

2     **Special Condition # 5** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by consuming a controlled substance, methamphetamine, on or about September 19, 2025.

On September 19, 2025, this officer met with Ms. Yallup and asked her if she had consumed any controlled substances. Ms. Yallup stated she had consumed methamphetamine earlier that day.

3     **Special Condition # 5** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by consuming a controlled substance, methamphetamine, on or about September 29, 2025.

On September 29, 2025, this officer contacted Ms. Yallup by calling her cellular telephone and asked her if she had consumed any controlled substances. Ms. Yallup stated she had consumed methamphetamine earlier that day.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 7, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Yallup, Kathleen Joy
October 7, 2025
Page 3

---

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stan Bastian*
Signature of Judicial Officer

10/7/2025
Date