PROB 12C
(6/16)

Report Date: January 22, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kathleen Joy Yallup | Case Number: 0980 1:20CR02005-SAB-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉ Parker, Washington 98951 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), and 1153 | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(06/04/2025) | Prison - 23 days<br>TSR - 35 months | |
| Revocation Sentence:<br>(11/18/2025) | Prison - 16 days<br>TSR - 30 months (Expiration date of May 9, 2028) | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: November 19, 2025 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: May 9, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On December 11, 2025, Ms. Yallup met with a U.S. Probation officer and reviewed the conditions of supervised release outlined in her judgment. Ms. Yallup signed and acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by failing to enter into and successfully complete an outpatient substance use treatment program as recommended since on or about December 19, 2025. |

Prob12C
**Re: Yallup, Kathleen Joy**
**January 22, 2026**
Page 2

> On December 11, 2025, this officer spoke with Ms. Yallup and instructed her to engage in substance use treatment services as recommended. On December 19, 2025, this officer met with Ms. Yallup and asked her if she had contacted her treatment provider. Ms. Yallup stated she had not made an effort to engage in treatment services. This officer encouraged her to contact her treatment provider.
>
> On January 9, 2025, this officer spoke with Ms. Yallup and asked her if she had contacted her treatment provider. Ms. Yallup stated she had not contacted her treatment provider and was not undergoing any treatment services.
>
> As of the date of this petition, Ms. Yallup has not provided any proof of undergoing her recommended substance use treatment services.

2    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by consuming a controlled substance, methamphetamine, on or about January 13, 2026.
>
> On January 15, 2025, this officer spoke with Ms. Yallup and asked her if she had consumed any controlled substances. Ms. Yallup stated she had consumed methamphetamine 2 days earlier.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 22, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C

**Re: Yallup, Kathleen Joy**
**January 22, 2026**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

1/23/2026
_____
Date