PROB 12C
(6/16)

Report Date: July 20, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. McAVOY, CLERK

ECF No 263

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathleen Joy Yallup | Case Number: 0980 1:20CR02005-SAB-1

Address of Offender: [redacted] Parker Washington 98951

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1153 | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (06/04/2025) | Prison - 23 days<br>TSR - 35 months | |
| Revocation Sentence: (11/18/2025) | Prison - 16 days<br>TSR - 30 months (Expiration date of May 9, 2028) | |
| Revocation Sentence: (02/17/2026) | Prison - 10 Days<br>TSR - 24 Months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: February 19, 2026 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: February 18, 2028 |

---

### PETITIONING THE COURT

To issue a warrant.

On March 20, 2026, Ms. Yallup met with a U.S. probation officer and reviewed the conditions of supervised release outlined in her judgment. Ms. Yallup signed and acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by failing to report to her probation officer on July 17, 2026.

On July 15, 2026, this officer spoke with Ms. Yallup by telephone. Ms. Yallup reported to have moved out of her mother's residence and would be homeless. Ms. Yallup was instructed to report to her probation officer at the Yakima probation office on or before July 17, 2026.

As of the date of this petition, Ms. Yallup has failed to report to the probation officer. Her whereabouts are unknown.

2 **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by failing to follow treatment recommendations since on or about June 24, 2026.

On June 24, 2026, this officer met with Ms. Yallup at her residence. Ms. Yallup was instructed to re-engage her recommended treatment services.

As of the date of this petition, Ms. Yallup has made no effort to comply with her treatment obligations as she has failed to provide proof of services.

3 **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Yallup is considered to be in violation of her supervised release conditions by consuming a controlled substance, methamphetamine, on or about June 23, 2026.

On June 24, 2026, Ms. Yallup admitted to having consumed methamphetamine the day prior, on June 23, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

7/21/2026

Date